*Okla.* v. *Manufacturing Technologies, Inc.*, 523 U. S. 751 (1998).

No. 97–8284. SCHWENINGER *v.* MINNESOTA. Ct. App. Minn. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Kansas* v. *Hendricks,* 521 U. S. 346 (1997).

No. 97–8592. PIERCE *v.* KING, ASSISTANT SUPERINTENDENT, TILLERY CORRECTIONAL CENTER, ET AL. C. A. 4th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Pennsylvania Dept. of Corrections* v. *Yeskey,* 524 U. S. 206 (1998).

No. 97–8906. FLOYD ET AL. *v.* WAITERS ET AL. C. A. 11th Cir. Motion of petitioners for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Gebser* v. *Lago Vista Independent School Dist.,* 524 U. S. 274 (1998).

No. 98–155. TODD *v.* ORTHO BIOTECH, INC. C. A. 8th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Faragher* v. *Boca Raton,* 524 U. S. 775 (1998), and *Burlington Industries, Inc.* v. *Ellerth,* 524 U. S. 742 (1998).

No. D–1952. IN RE DISBARMENT OF STEWART. Disbarment entered. [For earlier order herein, see 523 U. S. 1115.]

No. D–1954. IN RE DISBARMENT OF WILLIAMS. Disbarment entered. [For earlier order herein, see 523 U. S. 1115.]

No. D–1956. IN RE DISBARMENT OF BLEECKER. Motion to defer consideration granted. [For earlier order herein, see 524 U. S. 902.]

No. D–1958. IN RE DISBARMENT OF BERG. Disbarment entered. [For earlier order herein, see 524 U. S. 902.]

No. D–1960. IN RE DISBARMENT OF MEISLER. Disbarment entered. [For earlier order herein, see 524 U. S. 902.]